# Brooklyn (Ⓑ) Defenders

**Brooklyn Defender Services**     Tel (718) 254-0700
177 Livingston St, 7th Fl            Fax (718) 254-0897
Brooklyn, NY 11201                   info@bds.org

## MEMO ENDORSED

December 3, 2025

By ECF
The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/25

Re:  *M.K. v. Arteta, et al.*, No. 25-cv-9918 (LAK)

Dear Judge Kaplan:

 I represent Petitioner M.K. ("Petitioner" or "Mr. K") in the above-captioned proceeding. On November 26, 2025, Mr. K filed the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (ECF No. 1) ("Petition") and the Motion for Leave to Proceed Under Pseudonym (ECF No. 3) ("Motion"). On December 1, 2025, Petitioner served the Petition and Motion on Respondents and the U.S. Attorneys' Office for the Southern District of New York. *See* Certificate of Service (ECF No. 5). On November 29, 2025, Petitioner's counsel provided copies of the Petition and Motion to Brandon Waterman, Assistant U.S. Attorney, Civil Division, for the Southern District of New York via email, *see id.*, and provided Mr. Waterman with Petitioner's full name and A-number.

 Pursuant to instructions from your Chambers provided via telephone on December 2, 2025, Petitioner respectfully moves to file a letter containing his full name ("Letter Providing Name") under seal pending the Court's adjudication of the Motion. Petitioner requests that access to the Letter Providing Name be limited to Selected Parties access for Petitioner's counsel, Respondents' counsel, and the Court only. Petitioner will hand deliver this letter motion to seal and the unredacted Letter Providing Name to the Court today and send the same to Brandon Waterman, Assistant U.S. Attorney, Civil Division, for the Southern District of New York via U.S. mail and email today.

 "[I]t is well established that the public and the press have a 'qualified First Amendment right to attend judicial proceedings and to access certain judicial documents.'" *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006) (quoting *Hartford Courant Co. v. Pellegrino*, 380 F.3d 83, 91 (2d Cir. 2004)). Notwithstanding the presumption of public access, "[d]ocuments may be sealed if specific, on the record findings are made demonstrating that closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Id.* (quoting *In re New York Times Co.*, 828 F.2d 110, 116 (2d Cir. 1987)).

DEFEND • ADVOCATE • CHANGE

# Brooklyn (ᴮᴰꜱ)
# Defenders

For the reasons stated in the Motion, Petitioner's privacy rights to the highly sensitive and personal information contained in his Petition and supporting documents, in addition to further information about Petitioner that may be disclosed in this litigation, outweighs the public interest in having access to the Letter Providing Name and Petitioner's name pending the Court's adjudication of the Motion. The Petition includes details about Mr. K's application for asylum based on his fear of persecution in Uzbekistan. *See* Motion at 4-5. Disclosure of his name and his application for asylum would increase the risk of violence or death if Mr. K is removed to Uzbekistan. *See id.* at 5. Additionally, the Petition also includes highly sensitive and personal information about Mr. K's mental health and trauma history. *See id.* at 2. Sealing Mr. K's name and identity pending this Court's ruling on the Motion preserves his privacy interests and does not harm the public interest. *See id.* at 6-7. Moreover, permitting Petitioner to file the Letter Providing Name under seal pending the Court's adjudication of the Motion is narrowly tailored to disclose Petitioner's name to the Court and Respondents while the Court reviews the pending Motion and preserve Petitioner's privacy in the interim.

For the foregoing reasons, Petitioner respectfully moves to file the Letter Providing Name under seal. I thank the Court for its attention to this matter.

Sincerely,

*/s/ Anna K. Jessurun*
Lucas Marquez
Anna K. Jessurun
Brooklyn Defender Services
177 Livingston Street, 7th Floor
Brooklyn, NY 11201
ajessurun@bds.org

CC:    Brandon Waterman, Assistant U.S. Attorney, Civil Division, for the Southern District of New York (via U.S. mail and email)

Encl.

*Granted*

SO ORDERED

LEWIS A. KAPLAN, USDJ    12/3/25

DEFEND • ADVOCATE • CHANGE