UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.K., *Petitioner,* | **MEMO ENDORSED** |
| v. | Civil Action No. 25-9918 |
| PAUL ARTETA in his official capacity as Sheriff of Orange County, New York and Warden of the Orange County Correctional Facility; | **PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM** |

PAUL ARTETA
    in his official capacity as Sheriff of
    Orange County, New York and
    Warden of the Orange County
    Correctional Facility;

LADEON FRANCIS,
    in his official capacity as Acting
    Field Office Director of New York,
    Immigration and Customs
    Enforcement;

TODD M. LYONS,

    in his official capacity as Acting
    Director, United States
    Immigration and Customs
    Enforcement;

KRISTI NOEM,
    in her official capacity as Secretary,
    U.S. Department of Homeland
    Security;

PAM BONDI,
    in her official capacity as Attorney
    General, U.S. Department of Justice.
    *Respondents.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1-/3/25_

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ

## INTRODUCTION

Petitioner M.K. ("Petitioner") moves for leave to proceed under pseudonym in the above-

captioned case. The named Petitioner is challenging his detention in immigration custody, which

1